IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WHITEHALL FARM, LLC                 :           CIVIL ACTION
                                    :
            v.                      :
                                    :
THE HANOVER INSURANCE COMPANY       :           NO. 26-1434

ORDER

AND NOW, this 20th day of May 2026, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of The Hanover Insurance Company to dismiss Count II pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 9) is GRANTED;

(2)  the motion of The Hanover Insurance Company to dismiss Count III pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is DENIED to the extent that the plaintiff alleges defendant's denial of coverage contradicted its expert's findings.  The motion to dismiss Count III is otherwise GRANTED.

BY THE COURT:

/s/  Harvey Bartle III
                                                        J.